**SEND**

FILED
CLERK, U.S. DISTRICT COURT

DEC - 9 2003

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIRECTV, INC., a California Corporation,<br><br>PLAINTIFF(S),<br>v.<br><br>RONALD FISHER; DAVID DOROS; ALBERT DOMENICONE; WILSON FONACIER,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 03-8751 MRP (JWJx)<br><br>ORDER RETURNING CASE<br><br>FOR REASSIGNMENT |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order No. 224.

DATED: December 4, 2003

_____
Honorable Mariana R. Pfaelzer
United States District Judge

### NOTICE TO COUNSEL FROM CLERK:

This case has been reassigned to Judge __Lourdes G. Baird__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __LGB__ after the case number in place of the initials of the prior judge so that the case number will read CV 03-8751 LGB (JWJx)

This is very important because documents are routed to the assigned judge by means of the initials.

CV-89 (02/98)    ORDER RETURNING CASE FOR REASSIGNMENT

ENTERED ON ICMS 12/9/03