ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Priority ___
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**CIVIL MINUTES - GENERAL**

Case No. CV03-8751 LGB (JWJx)                                   Date: March 18, 2004

Title: DirecTV Inc. v. Fisher, et. al.

---

DOCKET ENTRY

---

PRESENT:

**THE HONORABLE LOURDES G. BAIRD, JUDGE**

Catherine Jeang                                               Not Present
Courtroom Clerk                                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
NONE PRESENT                                NONE PRESENT

---

PROCEEDING (IN CHAMBERS): **ORDER OF DISMISSAL**

Plaintiff DirecTV, Inc.'s ("DirecTV") Complaint alleges causes of action for unauthorized reception of satellite signals in violation of 47 U.S.C. § 605(a), unauthorized interception of electronic communications in violation of 18 U.S.C. § 2511(1)(a), possession of pirate access devices in violation of 18 U.S.C. § 2512(1)(b), willful assembly or modification of devices or equipment in violation of 47 U.S.C. § 605(e)(4), and conversion against four individuals. Because the Complaint alleges that the defendants purchased signal theft devices at different times, the allegations against each of the defendants do not appear to arise out of the same transaction or occurrence as required by Federal Rule of Civil Procedure Rule 20.

On February 9, 2004 this Court issued an Order to Show Cause why defendants other than the first named defendant should not be dismissed from this case. DirecTV was ordered to respond by February 20, 2004 and notified that failure to respond would result in the dropping of all but the first named defendant. Plaintiff has failed to respond to this Order. Therefore, the Court hereby dismisses David Doros, Albert Domenicone, and Wilson Fonacier from this case.

Deputy Clerk_____

DOCKETED ON CM
MAR 22 2004
BY _____ 010