**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Priority ✗
Send ✗
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Case No.   CV03-8751-LGB(JWJx)          Date: May 7, 2004

Title:   *DIRECTV, INC. v. RONALD FISHER*

═══════════════════════════════════════════════════════════════

PRESENT:   HON. LOURDES G. BAIRD, JUDGE

Catherine M. Jeang                    Not Present
Deputy Clerk                          Court Reporter

ATTORNEYS FOR PLAINTIFFS              ATTORNEYS FOR DEFENDANTS

Not Present                           Not Present

PROCEEDINGS:   (IN CHAMBERS)

The Court is in receipt of Plaintiff's Proofs of Service Summons and Complaint on David Doros, Albert Domenicone, and Wilson Fonacier, each filed on April 14, 2004 in the above-referenced action. Pursuant to this Court's minute order of March 18, 2004, the Court dismissed defendants David Doros, Albert Domenicone, and Wilson Fonacier from this action. Therefore David Doros, Albert Domenicone, and Wilson Fonacier are no longer a parties in this action. Furthermore, the First Stipulation Extending Time to Answer the Complaint by Albert Domenicone approved and filed on April 2, 2004, is thereby MOOT.

IT IS HEREBY ORDERED that these documents shall be stricken from the record and shall not be considered by the Court. Accordingly, the aforementioned documents should not have been filed.

IT IS FURTHER ORDERED that these document shall not be returned to the filing party; however, the Clerk shall note on the case docket that the documents are stricken from the record.



cc:   Counsel

MINUTES FORM 11
CIVIL - GEN                                             Deputy Clerk _____