FILED
CLERK, U.S. DISTRICT COURT
MAY 24 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Send

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DIRECTV INC | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | 03-CV-8751 LGB (JWJx) |
| v. | |
| RONALD FISHER; DAIVD DOROS; ALBERT DOMENICONE; WILSON FONACIER | **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |
| DEFENDANT(S) | |

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

RONALD FISHER

Clerk, U.S. District Court

DOCKETED ON CM
MAY 24 2004
BY _____ 010

| 5/21/04 | By B GRAY |
|---|---|
| Date | Deputy Clerk |

CV-37 (10/01)   DEFAULT BY CLERK F.R.Civ.P. 55(a)

15