ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   CV03-8751-LGB(JWJx)          Date:     September 2, 2004

Title:    *DIRECTV, INC. v. RONALD FISHER; ET AL.*

Priority    X

PRESENT:   HON. LOURDES G. BAIRD, JUDGE

Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Catherine M. Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS FOR PLAINTIFFS              ATTORNEYS FOR DEFENDANTS

   Not Present                             Not Present

PROCEEDINGS:   ORDER TO SHOW CAUSE    (IN CHAMBERS)


**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **SEPTEMBER 17, 2004** why this action should not be dismissed for lack of prosecution **as to defendant RONALD FISHER, only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.


Plaintiff is advised that the Court will consider the following:


1)   An answer by **defendant RONALD FISHER,** or plaintiff's request for entry of default on this defendant


on or before the above date, as a satisfactory response to the Order to Show Cause.


DOCKETED ON CM
SEP 3 2004
BY _____ 010

MINUTES FORM 11
CIVIL - GEN                                                  Deputy Clerk