**ORIGINAL**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   CV03-8751-LGB(JWJx)                    Date: September 8, 2004

Title      *DIRECTV, INC. v. RONALD FISHER; ET AL.*

Priority ___X___
Send ___X___
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

PRESENT:

    HON. LOURDES G. BAIRD, JUDGE

         Catherine M. Jeang                     Not Present
           Deputy Clerk                        Court Reporter

ATTORNEYS FOR PLAINTIFFS                    ATTORNEYS FOR DEFENDANTS

    NOT PRESENT                                  NOT PRESENT

PROCEEDINGS:   (IN CHAMBERS)

The Court is in receipt of Plaintiff's Motion for Default Judgment Against Defendant Ronald Fisher noticed for October 18, 2004 at 10:00 A.M., filed on September 8, 2004. Pursuant to the Standing Order filed on December 10, 2003, the Court continues the hearing on plaintiff's motion to October 25, 2004 at 10:00 A.M. The briefing schedule shall be as follows:

Oppositions are to be filed on or before September 20, 2004.

Replies (optional) are to be filed on or before September 27, 2004.

Conformed courtesy copies of all filings to chambers.

DOCKETED ON CM
SEP - 9 2004
BY _____ 009

cc: Counsel

MINUTES FORM 11
CIVIL - GEN                                        Deputy Clerk _____