ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   CV03-8751-LGB(JWJx)                          Date: October 25, 2004

Title   *DIRECTV, INC. v. RONALD FISHER; ET AL.*

PRESENT:

   HON. LOURDES G. BAIRD, JUDGE

   Catherine M. Jeang                    Kathy Mechanic
   Deputy Clerk                          Court Reporter

ATTORNEYS FOR PLAINTIFFS              ATTORNEYS FOR DEFENDANTS

   JOHN MORAN                             NOT PRESENT

PROCEEDINGS:   PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT
               RONALD FISHER (filed 09/08/04)

Hearing held and counsel are present. The Court confers with counsel and counsel argue. The Court rules on the motion as follows:

__XXX__    Granted as to the above motion.

_____    Granted as to motion #

_____    Denied as to the above motion.

_____    Denied as to motion #

_____    Granted in part/denies in part as to the above.

_____    Granted in part/denies in part as to motion #

_____    Taken under submission as to the above motion.

_____    Taken under submission as to motion #

__XXX__    The Court shall prepare and issue a final order.

_____    Counsel for plaintiff/defendant shall prepare a final order.

_____    The Court issues a final order.

__XXX__    OTHER:    Tentative Order provided.



cc: Counsel

MINUTES FORM 11                                                     22
CIVIL - GEN                                          Deputy Clerk _____